UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO on behalf of herself
and all others similarly situated,

            Plaintiffs,

-against-

LUXURY PERFUMES, INC.

            Defendant.



Case No. 1:23-cv-5316

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
            October 5, 2023

            Respectfully Submitted,

            **/s/ Mars Khaimov**

By:    Mars Khaimov, Esq.
        100 Duffy Avenue, Suite 510
        Hicksville, New York 11801
        Tel (929) 324-0717
        Fax (929) 333-7774
        Email: mars@khaimovlaw.com
        *Attorney for Plaintiff*

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Dated:    October 6, 2023
            New York, New York